UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON CLAUDE CHOUEST JR., ) | Case No. CV 19-7563-SVW (JEM) |
| Petitioner, ) | |
| v. ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| STU SHERMAN, Warden, ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No Objections to the Report and Recommendation have been filed within the time allowed for Objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED:   July 27, 2021

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE