JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WILSON CLAUDE CHOUEST JR., )
           Petitioner, )
    v. )
STU SHERMAN, Warden, )
           Respondent. )

Case No. CV 19-7563-SVW (JEM)

**J U D G M E N T**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 27, 2021

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE